(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida<br>Jacksonville Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**O'Connor, Sr., John D.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**O'Connor, Jean Kay** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Cool Air of Ocala** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**2928** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**3824** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2635 S.E. 27th Street<br>Ocala, Florida 34471** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2635 S.E. 27th Street<br>Ocala, Florida 34471** |
| County of Residence or of the<br>Principal Place of Business:   **Marion** | County of Residence or of the<br>Principal Place of Business:   **Marion** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)          ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____        ☐ Clearing Bank | ☐ Chapter 7        ☐ Chapter 11        ☑ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business        ☐ Business | ☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **John D. O'Connor, Sr., Jean Kay O'Connor** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:  **Middle District of Florida Jacksonville** | Case Number:<br>**04-03009-BKC-3P3** | Date Filed:<br>**03/24/2004** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ John D. O'Connor, Sr.**
Signature of Debtor

X  **s/ Jean Kay O'Connor**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**3/2/2005**
Date

### Signature of Attorney

X  **/s/Richard A. Perry**
Signature of Attorney for Debtor(s)

**Richard A. Perry,  394520**
Printed Name of Attorney for Debtor(s) / Bar No.

**Trow, Appleget & Perry**
Firm Name

**21 N. Magnolia Avenue  2nd Floor**
Address

**Ocala, Florida 34475**

**352-732-2299                  352-369-8832**
Telephone Number

**3/2/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/Richard A. Perry               3/2/2005**
   Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A

(6/90)

In re:  **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**_____ , **Case No.** _____

_____**Debtor**_____                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real property located in Marion County, Florida which constitutes the homestead property of the debtors described as Lot 28, Block A, Quail Hollow, as per plat thereof recorded in Plat Book Z, Pages 41 and 42, Public Records of Marion County, Florida.** | **Tenants by the entireties** | **J** | **$ 235,000.00** | **$ 232,045.29** |
| | | **Total** ➢ | **$ 235,000.00** | |

(Report also on Summary of Schedules.)

In re  **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**                 Case No. _____

        Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account#6673 at Independent National Bank, Ocala, Florida.** | J | 250.91 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods, supplies and furnishings.** | J | 1,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing.** | W | 50.00 |
| | | **Cltohing.** | H | 50.00 |
| 7. Furs and jewelry. | | **Jewelry.** | H | 5.00 |
| | | **Jewelry.** | W | 75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 rifles.** | H | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 shares of stock in John D. O'Connor, Sr. & Sons, Cool Air of Ocala, Inc.** | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re   **John D. O'Connor, Sr.**              **Jean Kay O'Connor**          Case No. _____
              Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

In re  **John D. O'Connor, Sr.**          **Jean Kay O'Connor**   `      Case No. _____
        Debtor                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached

Total ➤  **$  2,280.91**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re** **John D. O'Connor, Sr.**          **Jean Kay O'Connor**          , **Case No.** _____

                    Debtor.                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                           been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
                           than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is
                           exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **100 shares of stock in John D. O'Connor, Sr. & Sons, Cool Air of Ocala, Inc.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **0.00** | **0.00** |
| **Clothing.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **50.00** | **50.00** |
| **Cltohing.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **50.00** | **50.00** |
| **Household goods, supplies and furnishings.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **1,800.00** | **1,800.00** |
| **Jewelry.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **75.00** | **75.00** |
| **Jewelry.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **5.00** | **5.00** |
| **Real property located in Marion County, Florida which constitutes the homestead property of the debtors described as Lot 28, Block A, Quail Hollow, as per plat thereof recorded in Plat Book Z, Pages 41 and 42, Public Records of Marion County, Florida.** | **Art. 10, §4(a)(1), FSA §§ 222.01, 222.02** | **2,954.71** | **235,000.00** |

In re: **John D. O'Connor, Sr.**      **Jean Kay O'Connor**       ,     Case No. _____
                       Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | **Mortgage** **Real property located in Marion County, Florida which constitutes the homestead property of the debtors described as Lot 28, Block A, Quail Hollow, as per plat thereof recorded in Plat Book Z, Pages 41 and 42, Public Records of Marion County, Florida.** | | | | 222,145.29 | 0.00 |
| **Independent National Bank** **P.O. Box 2900** **Ocala, Fl. 34478** **Thomas M. Egan, Esquire** **2107 S.E. 3rd Avenue** **Ocala, Fl. 34471** | | | **VALUE $235,000.00** | | | | | |
| ACCOUNT NO. | | J | **Tax lien** **Real property located in Marion County, Florida which constitutes the homestead property of the debtors described as Lot 28, Block A, Quail Hollow, as per plat thereof recorded in Plat Book Z, Pages 41 and 42, Public Records of Marion County, Florida.** | | | | 9,900.00 | 0.00 |
| **Tax Collector, Marion County** **P.O. Box 970** **Ocala, Fl. 34478** | | | **VALUE $235,000.00** | | | | | |

<u>0</u> Continuation sheets attached

|  | | |
|---|---|---|
| **Subtotal** (Total of this page) | ➤ | **$232,045.29** |
| **Total** (Use only on last page) | ➤ | **$232,045.29** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re __John D. O'Connor, Sr._____ __Jean Kay O'Connor_____ , Case No. _____
                      Debtor                                                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re    **John D. O'Connor, Sr.          Jean Kay O'Connor**                    ,    Case No. _____
              Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 | 0.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

|  | |
|---|---|
| Subtotal ➢ (Total of this page) | **$0.00** |
| **Total** ➢ **(Use only on last page of the completed Schedule E.)** | **$0.00** |

(Report total also on Summary of Schedules)

In re  **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**                    .  Case No. _____
　　　　　　　　　　Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　　　<br><br>**ADS Communication**<br>**603 S.W. 10th Street**<br>**Suite 105**<br>**Ocala, Fl. 34474** | | H | 01/01/2002<br>**Services.** | | | | 440.18 |
| ACCOUNT NO.　**3383**<br><br>**ADT Security Services**<br>**P.O. Box 96175**<br>**Las Vegas, NV 89193** | | H | 01/01/2000<br>**Security alarm system.** | | | | 582.47 |
| ACCOUNT NO.　**3501**<br><br>**Alltel**<br>**P.O. Box 96019**<br>**Charlotte, NC 28296**<br><br><br>**Allied Interstate**<br>**3200 Northlie Avenue**<br>**Suite 160**<br>**Greensboro, NC 27408** | | H | 01/01/2003<br>**Cell phone service.** | | | | 1,860.46 |

<u>11</u>   Continuation sheets attached

Subtotal  ➤

Total  ➤

| $2,883.11 |
|---|
| |

In re  **John D. O'Connor, Sr.**        **Jean Kay O'Connor**        .    Case No. _____
_____Debtor_____                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4441; 4442; 4443.** <br><br> **American Express Business Finance Corp.** <br> **P.O. Box 660631** <br> **Dallas, TX 75266** <br><br> **Vengroff, Williams & Associates, Inc.** <br> **P.O. Box 4155** <br> **Sarasota, Fl. 34230** <br><br> **American Express Busines Finance AMEX BF** <br> **600 Travis St. #1400** <br> **Houston, TX 77002** | | H | 01/01/2000 <br> **Loans.** | | | | **9,339.58** |
| ACCOUNT NO.  **9946** <br><br> **Auto Owners Insurance** <br> **P.O. Box 30325** <br> **Lansing, MI 48909** <br><br> **Central Mercantile Collection Services** <br> **822 E. Grand River** <br> **Brighton, MI 48116** | | H | 01/01/2003 <br> **Automobile insurance on company vehicles.** | | | | **961.83** |
| ACCOUNT NO. <br><br> **B&T Metal Works, Inc.** <br> **4480-D N.E. 35th Street** <br> **Ocala, Fl. 34479** | | H | 01/01/2003 <br> **Materials and fabrication.** | | | | **660.19** |
| ACCOUNT NO.  **9658** <br><br> **Bank of America** <br> **275 S. Valencia Blvd.** <br> **Brea, CA 92823** | | H | **Loan.** | | | | **6,751.55** |

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| **$17,713.15** |
|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

In re  **John D. O'Connor, Sr.**　　　　　**Jean Kay O'Connor**　　　　　　.　Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　**0744**<br><br>**Bank One (First USA AOL)**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886**<br><br>**Weinstein, Treiger &**<br>**Riley, P.S.**<br>**2101 4th Ave. Ste 900**<br>**Seattle, WA 98121** | | **J** | **09/01/2001**<br><br>**Credit card (Visa).** | | | | **10,789.22** |
| ACCOUNT NO.　**6299**<br><br>**Bank One (First USA)**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886**<br><br>**Alliance One**<br>**4850 St. Road Level C**<br>**Trevose, PA 19053**<br><br>**Weinstein, Treiger**<br>**& Riley, P.S.**<br>**2101 4th Ave. #900**<br>**Seattle, WA 98121** | | **J** | **10/01/2001**<br><br>**Credit card (Visa).** | | | | **13,115.18** |
| ACCOUNT NO.<br><br>**Campbell & Company, PA**<br>**P.O. Box 771641**<br>**Ocala, Fl. 34474** | | **J** | **Accounting services.** | | | | **700.00** |
| ACCOUNT NO.　**2948**<br><br>**Carrier Florida**<br>**P.O. Box 905265**<br>**Charlotte, NC 28296** | | **H** | | | | | **48,700.98** |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　➤　
(Total of this page)

| | |
|---|---|
| | **$73,305.38** |

Total　➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| | |

Form B6F - Cont.
(12/03)

In re **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**                    .    Case No. _____
        **Debtor**                                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0150**<br>**Chase Bank**<br>**P.O. Box 15583**<br>**Wilmington, DE 19886**<br><br>**Boudreau & Associates**<br>**5 Industrial Way**<br>**Salem, NH 03079** | | **J** | **01/01/2000**<br>**Credit card (Mastercard).** | | | | **11,837.82** |
| ACCOUNT NO. **7904**<br>**Chrysler Financial**<br>**P.O. Box 551080**<br>**Jacksonville, Fl. 32255**<br><br>**Central Credit**<br>**Services, Inc.**<br>**P.O. Box 189**<br>**St. Charles, MO 63302** | | **J** | **01/01/2002**<br>**Balance due on lease for a 2000 Jeep Cherokee.** | | | | **652.07** |
| ACCOUNT NO. **8305**<br>**Cintas Corporation**<br>**4392 S.W. 34th Street**<br>**Orlando, Fl. 32811**<br><br>**Global**<br>**12362 Black Blvd.**<br>**Suite 6**<br>**Stanton, CA 90680** | | **H** | **01/01/2003**<br>**Uniforms for employees.** | | | | **181.48** |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| $12,671.37 |
|---|
| |

In re **John D. O'Connor, Sr.**      **Jean Kay O'Connor** ,    Case No. _____

       **Debtor**                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0046** <br><br>**Citi Cards** <br>**P.O. Box 8108** <br>**S. Hackensack,  NJ 07086** <br><br><br>**Alliance One** <br>**4797 Ruffner Street** <br>**San Diego, CA 92111** | | J | 01/01/2001 <br><br>**Credit card (Mastercard).** | | | | **7,877.39** |
| ACCOUNT NO. **260** <br><br>**Clardy Oil Company** <br>**P.O. Box 849** <br>**Ocala, Fl. 34478** | | H | 04/11/2003 <br><br>**Judgment.** | | | | **4,048.97** |
| ACCOUNT NO. **0278** <br><br>**Coastline Distribution, LLC** <br>**P.O. Box 409635** <br>**Atlanta, GA 30384** | | H | 01/01/2003 <br><br>**Materials.** | | | | **946.02** |
| ACCOUNT NO. **2001** <br><br>**Crippen, Trice & Hornby LLP** <br>**40 S.E. 11th Avenue** <br>**Ocala, Fl. 34471** | | J | 01/01/2000 <br><br>**Accounting services for tax preparation.** | | | | **4,221.72** |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal    >              **$17,094.10**
                           (Total of this page)

                                     Total    >
                   **(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re <u>John D. O'Connor, Sr.</u>          <u>Jean Kay O'Connor</u>          . Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Diane Koontz & Thomas Koontz, III, A.T.**<br>**10545 SE 139th Place Rd.**<br>**Summerfield, Fl. 34491**<br><br>**Michael D. Millhorn**<br>**Attorney at Law**<br>**13710 US Hwy 441 #100**<br>**Lady Lake, Fl. 32159** | | H | 06/11/2003<br><br>**Judgment.** | | | | 25,855.50 |
| ACCOUNT NO.  **1999**<br><br>**Discover Card**<br>**P.O. Box 15251**<br>**Wilmington, DE 19886**<br><br><br>**CBCS**<br>**P.O. Box 1838**<br>**Columbus, OH 43216** | | J | 11/01/2001<br><br>**Credit card.** | | | | 9,231.44 |
| ACCOUNT NO.  **5858**<br><br>**Express Care of Ocala**<br>**1834 S.W. 1st Avenue**<br>**Suite 201**<br>**Ocala, Fl. 34474** | | H | **Medical services.** | | | | 273.00 |
| ACCOUNT NO.<br><br>**First Federal Savings & Loan**<br>**of Leesburg**<br>**P.O. Box 490420**<br>**Leesburg, Fl. 34749** | | J | **Deficiency on loan for a 1999 Chevrolet Tahoe Truck that was repossessed in August, 2003.** | | | | **Unknown** |

Sheet no.  _5_  of  _11_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| | **$35,359.94** |
| | |

In re  **John D. O'Connor, Sr.**      **Jean Kay O'Connor**     ,    Case No. _____

        **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Florida Phone Systems**<br>**3499 N.W. 97th Blvd.**<br>**Suite 11**<br>**Gainesville, Fl. 32606** | | H | Telephone service. | | | | 207.35 |
| ACCOUNT NO. **0421** <br><br>**Magnolia Emergency Physicians**<br>**P.O. Box 8790**<br>**Philadelphia, PA 19101** | | J | Medical services. | | | | 558.00 |
| ACCOUNT NO. **1418** <br><br>**MBNA**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886**<br><br><br>**Bass & Associates**<br>**Suite 200**<br>**3936 E. Ft. Lowell Rd.**<br>**Tucson, AZ 85712**<br><br>**eCast Settlement Corp.**<br>**Assignee of MBNA**<br>**P.O. Box 35480**<br>**Newark, NJ 07193** | | J | 01/01/2001<br>Credit card (Mastercard). | | | | 44,033.43 |
| ACCOUNT NO. **2230** <br><br>**MBNA**<br>**P.O. Box 15137**<br>**Wilmington, DE 19886** | | J | Credit card (Mastercard). | | | | 2,377.15 |

Sheet no. _6_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal   ➤    **$47,175.93**
                                  (Total of this page)

                                         Total   ➤
                 **(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**              .  Case No. _____
        Debtor                                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mid State Notifier, Inc.**<br>**19 N.W. 8th Street**<br>**Ocala, Fl. 34475** | | H | 01/01/2003 | | | | 48.05 |
| ACCOUNT NO.  **0435**<br>**Munroe Regional Medical Center**<br>**P.O. Box 850001**<br>**Orlando, Fl. 32885**<br><br>**MJ Altman Companies, Inc**<br>**P.O. Box 3070**<br>**Ocala, Fl. 34478** | | J | Medical services. | | | | 988.00 |
| ACCOUNT NO.  **0739**<br>**Ocala Star Banner**<br>**P.O. Box 490**<br>**Ocala, Fl. 34478** | | H | 01/01/2002<br>Advertising. | | | | 508.48 |
| ACCOUNT NO.  **9833**<br>**Office Depot**<br>**P.O. Box 9029**<br>**Des Moines, IA 50368**<br><br>**Encore Receivable**<br>**Management, Inc.**<br>**P.O. Box 3330**<br>**Olathe, KS 66063** | | J | 01/01/1999<br>Credit card. | | | | 1,142.49 |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   (Total of this page)                    **$2,687.02**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **John D. O'Connor, Sr.**          **Jean Kay O'Connor**          .   Case No. _____
_____
            **Debtor**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9167**<br><br>**Peoples Bank**<br>**P.O. Box 1838**<br>**Stamford, CT 06904**<br><br><br>**Boudreau & Associates**<br>**5 Industrial Way**<br>**Salem, NH 03079**<br><br>**Peoples Bank**<br>**1000 Lafayette Blvd.**<br>**Bridgeport, CT 06604**<br>**Attn: Kathy Yarbrough** | | **J** | **01/01/2001**<br>**Credit card (Visa).** | | | | **9,183.41** |
| ACCOUNT NO.  **2866**<br><br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956**<br><br><br>**LTD Financial Services**<br>**7322 SW Freeway #1600**<br>**Houston, TX 77074**<br><br>**Pitney Bowes Credit Corp**<br>**Attn: Recovery Dept.**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** | | **H** | **01/01/1999**<br>**Postage meter.** | | | | **1,374.46** |
| ACCOUNT NO.  **2866**<br><br>**Purchase Power**<br>**P.O. Box 5135**<br>**Shelton, CT 06484** | | **H** | **01/01/1999**<br>**Postage for postage meter.** | | | | **952.05** |

Sheet no.  **8**  of  **11**  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

**$11,509.92**

Total ➤
**(Use only on last page of the completed Schedule F.)**

In re  **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**                    .  Case No. _____
         Debtor                                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0231**<br><br>**Remedy Temp, Inc.**<br>**101 Enterprise**<br>**Aliso Viejo, CA 92656**<br><br><br>**Todd F. Haines**<br>**P.O. Box 7000**<br>**Tarzana, CA 91357** | | **H** | **01/01/2002**<br><br>**Employee search service.** | | | | **2,809.81** |
| ACCOUNT NO.<br><br>**Safeco Insurance Col of America**<br>**P.O. Box 7198**<br>**Indianapolis, IN 46207**<br><br><br>**Ralph S. Marcadis, Esq.**<br>**4062 Henderson Blvd.**<br>**Tampa, Fl. 33629** | | **H** | **02/26/2003**<br><br>**Judgment.** | | | | **8,027.80** |
| ACCOUNT NO.  **9049**<br><br>**Sam's Club**<br>**P.O. Box 105980**<br>**Dept. 77**<br>**Atlanta, GA 30353**<br><br>**Professional  Bureau of Collections, Inc.**<br>**9675 Elk Grove Florin Rd**<br>**Elk Grove, CA 95624**<br><br>**Sams' Club/Monogram**<br>**Credit Card Bank of GA**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | **J** | **01/01/2000**<br><br>**Credit card.** | | | | **902.43** |

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| $11,740.04 |
|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

In re **John D. O'Connor, Sr.** **Jean Kay O'Connor** . Case No. _____
          Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9223** <br><br> **Shell Oil** <br> **Processing Center** <br> **Des Moines, IA 50367** <br><br><br> **The CBE Group, Inc.** <br> **Payment Processing Ctr** <br> **Box 3251** <br> **Milwaukee, WI 53201** | | J | **Credit card.** | | | | 1,304.92 |
| ACCOUNT NO. **2301** <br><br> **Sprint** <br> **P.O. Box 30723** <br> **Tampa, Fl. 33630** <br><br><br> **D&B Receivable Mgmt.** <br> **Services** <br> **4836 Brecksville Road** <br> **Richfield, OH 44286** <br><br> **Sprint CMG** <br> **6330 Sprint Parkway** <br> **Overland Park, KS 66251** | | H | 01/01/2002 <br><br> **Telephone service.** | | | | 267.70 |
| ACCOUNT NO. **6690** <br><br> **Sprint Communications Co.** <br> **P.O. Box 530503** <br> **Atlanta, GA 30353** <br><br><br> **NCO Financial Systems** <br> **Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | H | 01/01/2002 <br><br> **Telephone service.** | | | | 22.77 |

Sheet no. _10_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | **$1,595.39**
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __John D. O'Connor, Sr._____ __Jean Kay O'Connor_____ .  Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7239**<br><br>**Staples**<br>**P.O. Box 9020**<br>**Des Moines, IA 50368**<br><br><br>**Encore Receivable Mgmt.**<br>**Inc.**<br>**P.O. Box 3330**<br>**Olathe, KS 66063** | | **J** | **01/01/2000**<br><br>**Credit card.** | | | | **1,769.00** |
| ACCOUNT NO.<br><br>**The M Ware Company d/b/a**<br>**Johnstone Supply**<br>**2700 S.W. 3rd Place**<br>**Ocala, Fl. 34474** | | **H** | **10/28/2003**<br><br>**Judgment.** | | | | **1,740.03** |
| ACCOUNT NO. **0900**<br><br>**York International Corp.**<br>**UPG Southeast**<br>**P.O. Box 601332**<br>**Charlotte, NC 28260** | | **H** | **01/01/2001**<br><br>**Materials supplier.** | | | | **38,589.55** |

Sheet no. __11__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　Subtotal ➤　　　　| **$42,098.58** |
　　　　　　　　　　　　　　　　　(Total of this page)

　　　　　　　　　　　　　　　　　　　　　　　Total ➤　　　　| **$275,833.93** |
**(Use only on last page of the completed Schedule F.)**

　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **John D. O'Connor, Sr.**          **Jean Kay O'Connor**          ,     Case No. _____

                       **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **John D. O'Connor, Sr.**                    **Jean Kay O'Connor**          .    Case No. _____

          Debtor                                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re    **John D. O'Connor, Sr.Jean Kay O'Connor**      , Case No. _____

             **Debtor**                                             **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Consultant** | **Business Administrator** |
| Name of Employer | **Kaufman Global** | **Countryside Presbyterian Church** |
| How long employed | **February 28, 2005** | **Since 2001** |
| Address of Employer | **Carmel, Indiana** | **7708 S.W. State Road 200 Ocala, Florida** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 3,475.00 | $ | 2,400.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 3,475.00 | $ | 2,400.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 865.00 | $ | 300.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 865.00 | $ | 300.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,610.00 | $ | 2,100.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income | | | | |
| (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 2,610.00 | $ | 2,100.00 |

TOTAL COMBINED MONTHLY INCOME      **$ 4,710.00**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:    **NONE**

**Form B6J**
**(6/90)**

In re   **John D. O'Connor, Sr.Jean Kay O'Connor**                              ,   Case No.
     **Debtor**                                                                      **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
    schedule of expenditures labeled "Spouse".

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| Are real estate taxes included?    Yes _____ No ✓ | | | |
| Is property insurance included?    Yes _____ No ✓ | | | |
| Utilities    Electricity and heating fuel | | $ | 250.00 |
|     Water and sewer | | $ | 50.00 |
|     Telephone | | $ | 90.00 |
|     Other   **Cable** | | $ | 70.00 |
|     **Garbage** | | $ | 19.00 |
|     **Internet service (DSL)** | | $ | 30.00 |
| Home maintenance (repairs and upkeep) | | $ | 100.00 |
| Food | | $ | 500.00 |
| Clothing | | $ | 25.00 |
| Laundry and dry cleaning | | $ | 41.00 |
| Medical and dental expenses | | $ | 250.00 |
| Transportation (not including car payments) | | $ | 160.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|     Homeowner's or renter's | | $ | 75.00 |
|     Life | | $ | 90.00 |
|     Health | | $ | 0.00 |
|     Auto | | $ | 160.00 |
|     Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
|     Auto | | $ | 0.00 |
|     Other | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other   **Payment to Arcadia Financial** | | $ | 400.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $   **2,310.00**

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 4710.00 |
| B. Total projected monthly expenses | $ | 2,310.00 |
| C. Excess income (A minus B) | $ | 2400.00 |
| D. Total amount to be paid into plan each     **Monthly** | $ | 2,400.00 |
|     (interval) | | |

# United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

In re  **John D. O'Connor, Sr.**          **Jean Kay O'Connor**          Case No.

Chapter    **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $  235.000.00 | | |
| B - Personal Property | YES | 3 | $  2,280.91 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $  232.045.29 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $  275.833.93 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  4,710.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $  2,310.00 |
| Total Number of sheets in ALL Schedules ➤ | | 25 | | | |
| Total Assets ➤ | | | $  237,280.91 | | |
| Total Liabilities ➤ | | | | $  507,879.22 | |

In re: **John D. O'Connor, Sr.**        **Jean Kay O'Connor**    .        Case No. _____
            **Debtor**                                                                                   **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **26** _____
                                                                                                 (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **3/2/2005** _____                Signature: **s/ John D. O'Connor, Sr.** _____
                                                                              **John D. O'Connor, Sr.**

Date: **3/2/2005** _____                Signature: **s/ Jean Kay O'Connor** _____
                                                                               **Jean Kay O'Connor**

                                            [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

                                            (NOT  APPLICABLE)

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Jacksonville Division**

In re: **John D. O'Connor, Sr.**          **Jean Kay O'Connor**          Case No. _____
**2928**                                          **3824**                Chapter     **13**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 30,972.00 | Debtor wife's earnings. | 2003 |
| 10,280.00 | Debtor husband's earnings. | 2003 |
| 31,000.00 | Debtor wife's earnings. | 2004 |
| 69,439.00 | Debtor husband's earnings. | 2004 |
| 10,000.00 | Debtor husband's earnings. | 2005 |
| 4,800.00 | Debtor wife's earnings. | 2005 |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

None ☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Independent National Bank vs. John D. O'Connor, Sr. and Jean Kay O'Connor, his wife, et al. 03-1953-CA-K** | **Foreclosure proceeding.** | **Circuit Court, Fifth Judicial Circuit, Marion County, Florida** | **Pending** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Richard A. Perry<br>The Orleans Building<br>2nd Floor<br>21 North Magnolia Avenue<br>Ocala, Florida 34475** | **February, 2005.** | **$1,000.00 plus $194.00 filing fee.** |

## 10.  Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None

☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                           NAME USED                    DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None

☑

SITE NAME AND            NAME AND ADDRESS           DATE OF              ENVIRONMENTAL
ADDRESS                  OF GOVERNMENTAL UNIT       NOTICE               LAW

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☑

SITE NAME AND            NAME AND ADDRESS           DATE OF              ENVIRONMENTAL
ADDRESS                  OF GOVERNMENTAL UNIT       NOTICE               LAW

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☑

NAME AND ADDRESS                DOCKET NUMBER                      STATUS OR
OF GOVERNMENTAL UNIT                                               DISPOSITION

## 18. Nature, location and name of business

None ☐ a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **John D. O'Connor, Sr. &** | **Sons, Cool Air of O** | **P.O. Box 3306 Ocala, Florida 34478** | **This was an air conditioning contractor business.  Debtor husband was sole shareholder and officer.** | **01/01/1999 08/01/2003** |

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|------|------|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **3/2/2005**          Signature of Debtor  **s/ John D. O'Connor, Sr.**
**John D. O'Connor, Sr.**

Date  **3/2/2005**          Signature of Joint Debtor  **s/ Jean Kay O'Connor**
**Jean Kay O'Connor**

In re:    **John D. O'Connor, Sr.**          **Jean Kay O'Connor**          Case No. _____

Chapter    **13**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept          $ _____**3,000.00**

    Prior to the filing of this statement I have received          $ _____**1,000.00**

    Balance Due          $ _____**2,000.00**

2. The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d) [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **Representation in any adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **3/2/2005** _____

**/s/Richard A. Perry** _____
**Richard A. Perry, Bar No. 394520**

**Trow, Appleget & Perry**
Attorney for Debtor(s)

John D. O'Connor, Sr.
2635 S.E. 27th Street
Ocala, Florida 34471

Jean Kay O'Connor
2635 S.E. 27th Street
Ocala, Florida 34471

Richard A. Perry
Trow, Appleget & Perry
21 N. Magnolia Avenue
2nd Floor
Ocala, Florida 34475

ADS Communication
603 S.W. 10th Street
Suite 105
Ocala, Fl. 34474

ADT Security Services
P.O. Box 96175
Las Vegas, NV 89193

Alliance One
4850 St. Road Level C
Trevose, PA 19053

Alliance One
4797 Ruffner Street
San Diego, CA 92111

Allied Interstate
3200 Northlie Avenue
Suite 160
Greensboro, NC 27408

Alltel
P.O. Box 96019
Charlotte, NC 28296

American Express Busines
Finance AMEX BF
600 Travis St. #1400
Houston, TX 77002

American Express Busines
Finance Corp.
P.O. Box 660631
Dallas, TX 75266

Auto Owners Insurance
P.O. Box 30325
Lansing, MI 48909

B&T Metal Works, Inc.
4480-D N.E. 35th Street
Ocala, Fl. 34479

Bank of America
275 S. Valencia Blvd.
Brea, CA 92823

Bank One (First USA AOL)
P.O. Box 15153
Wilmington, DE 19886

Bank One (First USA)
P.O. Box 15153
Wilmington, DE 19886

Bass & Associates
Suite 200
3936 E. Ft. Lowell Rd.
Tucson, AZ 85712

Boudreau & Associates
5 Industrial Way
Salem, NH 03079

Campbell & Company, PA
P.O. Box 771641
Ocala, Fl. 34474

Carrier Florida
P.O. Box 905265
Charlotte, NC 28296

CBCS
P.O. Box 1838
Columbus, OH 43216

Central Credit
Services, Inc.
P.O. Box 189
St. Charles, MO 63302

Central Mercantile
Collection Services
822 E. Grand River
Brighton, MI 48116

Chase Bank
P.O. Box 15583
Wilmington, DE 19886

Chrysler Financial
P.O. Box 551080
Jacksonville, Fl. 32255

Cintas Corporation
4392 S.W. 34th Street
Orlando, Fl. 32811

Citi Cards
P.O. Box 8108
S. Hackensack, NJ 07086

Clardy Oil Company
P.O. Box 849
Ocala, Fl. 34478

Coastline Distribution,
P.O. Box 409635
Atlanta, GA 30384

Crippen, Trice & Hornby
40 S.E. 11th Avenue
Ocala, Fl. 34471

D&B Receivable Mgmt.
Services
4836 Brecksville Road
Richfield, OH 44286

Diane Koontz & Thomas Ko
III, A.T.
10545 SE 139th Place Rd.
Summerfield, Fl. 34491

Discover Card
P.O. Box 15251
Wilmington, DE 19886

eCast Settlement Corp.
Assignee of MBNA
P.O. Box 35480
Newark, NJ 07193

Michael D. Millhorn
Attorney at Law
13710 US Hwy 441 #100
Lady Lake, Fl. 32159

Professional  Bureau of
Collections, Inc.
9675 Elk Grove Florin Rd
Elk Grove, CA 95624

Encore Receivable
Management, Inc.
P.O. Box 3330
Olathe, KS 66063

Mid State Notifier, Inc.
19 N.W. 8th Street
Ocala, Fl. 34475

Purchase Power
P.O. Box 5135
Shelton, CT 06484

Encore Receivable Mgmt.
Inc.
P.O. Box 3330
Olathe, KS 66063

MJ Altman Companies, Inc
P.O. Box 3070
Ocala, Fl. 34478

Ralph S. Marcadis, Esq.
4062 Henderson Blvd.
Tampa, Fl. 33629

Express Care of Ocala
1834 S.W. 1st Avenue
Suite 201
Ocala, Fl. 34474

Munroe Regional Medical
P.O. Box 850001
Orlando, Fl. 32885

Remedy Temp, Inc.
101 Enterprise
Aliso Viejo, CA 92656

First Federal Savings &
of Leesburg
P.O. Box 490420
Leesburg, Fl. 34749

NCO Financial Systems
Inc.
507 Prudential Road
Horsham, PA 19044

Safeco Insurance Col of
P.O. Box 7198
Indianapolis, IN 46207

Florida Phone Systems
3499 N.W. 97th Blvd.
Suite 11
Gainesville, Fl. 32606

Ocala Star Banner
P.O. Box 490
Ocala, Fl. 34478

Sam's Club
P.O. Box 105980
Dept. 77
Atlanta, GA 30353

Global
12362 Black Blvd.
Suite 6
Stanton, CA 90680

Office Depot
P.O. Box 9029
Des Moines, IA 50368

Sams' Club/Monogram
Credit Card Bank of GA
P.O. Box 103104
Roswell, GA 30076

Independent National Ban
P.O. Box 2900
Ocala, Fl. 34478

Peoples Bank
1000 Lafayette Blvd.
Bridgeport, CT 06604
Attn: Kathy Yarbrough

Shell Oil
Processing Center
Des Moines, IA 50367

LTD Financial Services
7322 SW Freeway #1600
Houston, TX 77074

Peoples Bank
P.O. Box 1838
Stamford, CT 06904

Sprint
P.O. Box 30723
Tampa, Fl. 33630

Magnolia Emergency Physi
P.O. Box 8790
Philadelphia, PA 19101

Pitney Bowes
2225 American Drive
Neenah, WI 54956

Sprint CMG
6330 Sprint Parkway
Overland Park, KS 66251

MBNA
P.O. Box 15137
Wilmington, DE 19886

Pitney Bowes Credit Corp
Attn: Recovery Dept.
27 Waterview Drive
Shelton, CT 06484

Sprint Communications Co
P.O. Box 530503
Atlanta, GA 30353

Staples
P.O. Box 9020
Des Moines, IA 50368


Tax Collector, Marion Co
P.O. Box 970
Ocala, Fl. 34478


The CBE Group, Inc.
Payment Processing Ctr
Box 3251
Milwaukee, WI 53201


The M Ware Company d/b/a
Johnstone Supply
2700 S.W. 3rd Place
Ocala, Fl. 34474


Thomas M. Egan, Esquire
2107 S.E. 3rd Avenue
Ocala, Fl. 34471


Todd F. Haines
P.O. Box 7000
Tarzana, CA 91357


Vengroff, Williams &
Associates, Inc.
P.O. Box 4155
Sarasota, Fl. 34230


Weinstein, Treiger
& Riley, P.S.
2101 4th Ave. #900
Seattle, WA 98121


Weinstein, Treiger &
Riley, P.S.
2101 4th Ave. Ste 900
Seattle, WA 98121


York International Corp.
UPG Southeast
P.O. Box 601332
Charlotte, NC 28260

**Middle District of Florida**
**Jacksonville Division**

In re: | **John D. O'Connor, Sr.** | **Jean Kay O'Connor** | Case No. _____

**2928** | **3824** | Chapter | **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **3/2/2005** _____

Signed: **s/ John D. O'Connor, Sr.** _____
**John D. O'Connor, Sr.**

Signed: **/s/Richard A. Perry** _____
**Richard A. Perry**
Bar No. **394520**

Signed: **s/ Jean Kay O'Connor** _____
**Jean Kay O'Connor**